UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | | |
|---|---|---|---|
| STEVE ALLEN HICKEY | § § | | |
| vs. | § | NO: | PE:15-CV-00047-RAJ |
| DAVID G. McCOMIS | § § § | | |

**FINAL JUDGMENT**

On this day, the Court entered an Order dismissing Petitioner's Application for Writ of Habeas Corpus by a Person in State Custody filed pursuant to Title 28 U.S.C. §2254 for want of prosecution. The Court now enters its Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS HEREBY ORDERED** that Petitioner's Application for Writ of Habeas Corpus by a Person in State Custody filed pursuant to Title 28 U.S.C. §2254 is **DISMISSED** for **WANT OF PROSECUTION**.

**IT IS FURTHER ORDERED** that the above-captioned cause is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that all other pending motions, if any, are **DENIED AS MOOT**.

**SIGNED** on this ____ day of November, 2015.

Robert Junell
Senior United States District Court Judge

FILED
NOV 06 2015
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY